# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Placido Almanza-Renbao,<br>a.k.a.: Aron Rembao Almanza,<br>(A029 223 201)<br>*Defendant* | Case No. 17-9426 MJ |

POA
09-18-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 18, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Placido Almanza-Renbao, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 31, 1995, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 19, 2017

_____
*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 18, 2017, Placido Almanza-Renbao was encountered by the Phoenix ICE Field Operations Team (FOT) during a vehicle stop near the intersection of Arizona Avenue and Willis, in Chandler, Arizona. At the scene, FOT officers determined Almanza-Renbao to be a citizen of Mexico, illegally present in the United States. On the same date, Almanza-Renbao was transported to the Phoenix ICE office for further investigation and processing. Almanza-Renbao was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Placido Almanza-Renbao to be a citizen of Mexico and a previously deported criminal alien. Almanza-Renbao was removed from the United States to Mexico at or near Nogales, Arizona, on or about May 31, 1995, pursuant to an order of removal issued by an immigration judge. There is no

1

record of Almanza-Renbao in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Almanza-Renbao's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Placido Almanza-Renbao was convicted of Conspiracy to Sell Narcotic Drugs, a felony offense, on October 2, 1991, in the Superior Court of Arizona, Maricopa County. Almanza-Renbao was sentenced to sixty (60) days' incarceration. Almanza-Renbao's criminal history was matched to him by electronic fingerprint comparison.

5. On September 18, 2017, Placido Almanza-Renbao was advised of his constitutional rights. Almanza-Renbao freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 18, 2017, Placido Almanza-Renbao, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 31, 1995, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 19th day of September, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge